IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MOUNTAIN PURSUIT,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. FOREST SERVICE, TRICIA O'CONNOR, in her official capacity as supervisor of Bridger-Teton National Forest, and MEL BOLLING, in his official capacity as supervisor of Caribou Targhee National Forest,<br><br>Defendants. | Case No. 19-CV-199-F |

FILED
*10:20 am, 12/10/19*
**U.S. Magistrate Judge**

**ORDER GRANTING THE PARTIES' JOINT MOTION TO SET A BRIEFING SCHEDULE AND TO STAY THE CASE [DOC. 11]**

This matter is before the Court on the parties' Joint Motion for Order Setting Briefing Schedule and Staying Remaining Deadlines [Doc. 11]. Having considered the Motion and finding good cause, the Court GRANTS the Motion.

Plaintiff filed its Complaint for Declaratory and Injunctive Relief on September 26, 2019. Defendants assert that Plaintiff seeks judicial review of an agency action, and therefore the Complaint should be considered a petition rather than a Complaint. If that is the case, Defendants would not be required to file an answer to the Complaint, but instead would be required to lodge the administrative record within ninety days from service of the petition.

The parties have conferred and agree that the interests of efficiency and judicial economy would be best served by setting a briefing schedule for Defendants to file a motion to dismiss and to stay the remaining deadlines in the case pending resolution of the anticipated motion to dismiss. The Court agrees.

NOW, THEREFORE, IT IS ORDERED the parties' Joint Motion is GRANTED.

IT IS FURTHER ORDERED Defendants shall file a Motion to Dismiss on or before January 31, 2020. Plaintiff shall respond to the Motion to Dismiss on or before March 2, 2020, and Defendants shall reply on or before March 16, 2020.

IT IS FURTHER ORDERED the case is stayed pending resolution of Defendants' Motion to Dismiss.

IT IS FURTHER ORDERED that if Defendants Motion to Dismiss is denied and the case is to proceed, the parties will propose a schedule for further proceedings in the case.

DATED this 10th day of December, 2019.

_____
Kelly H. Rankin
United States Magistrate Judge